The People of the State of New York, Respondent, v. Edward M. Grout, Appellant.— The case is passed for the present term and set down for argument on Tuesday, April 18, 1915, at ten o'clock A. M.   Present — Thomas, Mills, Rich and Putnam, JJ.

The People of the State of New York, Respondent, v. Suffolk Contracting Company and Others, Appellants.— Motion denied.    Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

Jacob Rudin, Respondent, v. Hadrian Realty Company, Inc., Appellant. — Motion denied.   Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

Fred Seyford, Respondent, v. Southern Pacific Company, Appellant.— Motion granted and case set down for argument upon the original record on Tuesday, April 4, 1916.  It is unnecessary to print and file additional copies of the case.   Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

Leo S. Stamm, Appellant, v. Charles D. Purroy and John Purroy Mitchel, Respondents.— Motion denied, with ten dollars costs.    Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

William E. D. Stokes, Respondent, v. Orlando T. Carpenter and Others, Appellants.— Motion for leave to appeal to the Court of Appeals granted, and question certified.   Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.   Order to be settled before the presiding justice.

Treib & Brodsky, Inc., Plaintiff, v. George A. F. North, Defendant.— Motion for reargument denied, with ten dollars costs.   Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

Samuel T. Williams and Another, Respondents, v. Peter Keeler Building Company and Another, Appellants.— Motion denied, with ten dollars costs.   Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

Edward P. Barrett, Respondent, v. Hudson Trust Company, Appellant. John V. Schaefer, Jr., & Co. and Others, Respondents, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements.   No opinion.  Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.

Hamilton Trust Company, Respondent, v. William K. Dickerson and Others, Defendants, Impleaded with Leander B. Faber, as Receiver, etc., of Patrick H. Flynn, Appellant.— Judgment affirmed, with costs as against appellant in his capacity as receiver.  No opinion.  Thomas, Carr, Stapleton, Mills and Putnam, JJ., concurred.

Ovadio Varon, Respondent, v. American Manufacturing Company, Appellant.— Upon consent of respondent, order reversed on argument, with ten dollars costs and disbursements.  Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

Nora Childers, as Administratrix, etc., of Alfred Thomas Childers, Deceased, Appellant, v. Brooklyn Eastern District Terminal, Respondent.